UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HECTOR RINALDO PEREZ,

    Plaintiff,

v.                                          Case No:   6:20-cv-100-Orl-37GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc 2). Upon due consideration I respectfully recommend that the motion be **DENIED**.

Plaintiff Hector Rinaldo Perez appeals to this Court from an adverse administrative ruling by Defendant Commissioner of Social Security (Doc. 1). Plaintiff seeks to proceed *in forma pauperis*. However, his application shows that he receives $3,100 per month in VA disability payments and that his expenses total $1,889 per month, which leaves Plaintiff with $1,211 per month in disposable income to pay the filing fee (Doc. 2 at 1-2). Before filing this Report and Recommendation I gave Plaintiff 14-days to supplement his application to provide evidence that he truly is indigent (Doc. 4). The 14-days has passed, and Plaintiff has not provided any additional information.

Title 28 of the United States Code, Section 1915 which governs *in forma pauperis* motions filed in federal court provides in part that:

> [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without

> prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] prisoner possesses that the person is unable to pay such fees or give security therefor.

28 U.S.C. § 1915(a)(1). Plaintiff's application fails to demonstrate that he is unable to pay the filing fee in this Court. Consequently, I respectfully recommend that Plaintiff's application to proceed *in forma pauperis* be **DENIED**, and that Plaintiff be given 14 days to pay the filing fee. If Plaintiff fails to pay the filing fee within 14-days then I recommend that this action be dismissed without prejudice, without further order of the Court.

### Notice to Parties

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on February 10, 2020.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Presiding United States District Judge
Counsel of Record
Any Unrepresented Parties