UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HECTOR RINALDO PEREZ,

    Plaintiff,

v.                                                                                Case No. 6:20-cv-100-Orl-37GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Plaintiff moved to proceed *in forma pauperis* in his social security appeal. (Doc. 2 ("**Motion**").) On referral, United States Magistrate Judge Thomas B. Smith recommends denying the Motion as Plaintiff failed to demonstrate an inability to pay. (Doc. 9 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. The Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 9) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.     Plaintiff Hector Rinaldo Perez's Application to Proceed in District Court

Without Prepaying Fees or Costs (Doc. 2) is **DENIED.**

3. Plaintiff is **DIRECTED** to pay the filing fee by Tuesday, **March 10, 2020.**

Failure to do so may result in closure of this action without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 25, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record